

**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

YOUNG JOON YANG, et al.,

      Defendants.
                   /

No. CR 05-0395 MMC

**ORDER SETTING ASIDE WARRANT OF ARREST**

    The Court having received from Tak S. Chang, counsel for defendant Keun Sung Lee, a letter explaining counsel's, as well as his client's, absence from the July 13, 2005 initial status conference in the above-titled case, the Court accepts counsel's explanation and, at counsel's request and

    For Good Cause Shown, hereby SETS ASIDE its order of July 13, 2005, issuing a warrant for the arrest of defendant Keun Sung Lee.

    **IT IS SO ORDERED.**

Dated: July 15, 2005

                               /s/ Maxine M. Chesney
                               MAXINE M. CHESNEY
                               United States District Judge