CRIMINAL DEFENSE ASSOCIATES
ALAN BAUM, ESQ; SBN 42160
20700 VENTURA BLVD., SUITE 301
WOODLAND HILLS, CALIF  91364
Telephone: (818) 313-6870
Facsimile:  (818) 313-6871

Attorneys for Defendant
KUEN SUNG LEE

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No: CR-05-00395 CRB |
| | ) |
| Plaintiff, | ) **STIPULATION MODIFYING** |
| vs. | ) **CONDITIONS OF RELEASE** |
| | ) **FOR KUEN SUNG LEE; ORDER** |
| YOUNG JOON YANG, et al. | ) |
| | ) |
| Defendants. | ) |

The Parties: The United States of America, by and through its counsel of record, Assistant United States Attorney, Peter Axelrod and defendant, Kuen Sung Lee, by and through his counsel of record, Alan Baum, hereby stipulate to an Order of the Court modifying the conditions of his release to allow Defendant Kuen Sung Lee to travel throughout the State of California so long as prior notice of the dates of travel and the place of travel is given to, and approved by, PreTrial Services.  The parties further Stipulate that the PreTrial Services Officer assigned to this case, Jaime Carranza, has been contacted and has indicated no objection to the proposed Order.

///

///

-1-

IT IS SO STIPULATED.

Date:  July 20, 2005         /s/ Alan Baum
                             Alan Baum
                             Attorney for Defendant, Kuen Sung Lee


Date:  July 20, 2005         /s/ Peter Axelrod          .
                             Peter Axelrod
                             Assistant United States Attorney
                             Attorneys for Plaintiff
                             United States of America


### O R D E R

The parties' Stipulation regarding modifying the terms of defendant's release is hereby ordered.

**IT IS SO ORDERED.**

August 26, 2005                    _____
                                   Charles R. Breyer,
                                   Judge of the U.S. District Court

-2-