CRIMINAL DEFENSE ASSOCIATES
ALAN BAUM, ESQ; SBN 42160
20700 VENTURA BLVD., SUITE 301
WOODLAND HILLS, CALIF 91364
Telephone: (818) 313-6870
Facsimile: (818) 313-6871

Attorneys for Defendant
KEUN SUNG LEE

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: CR-05-00395 CRB |
| Plaintiff, | STIPULATION MODIFYING CONDITIONS OF RELEASE FOR KEUN SUNG LEE; ORDER |
| vs. | |
| KEUN SUNG LEE, et al. | |
| Defendants. | |

    The Parties, The United States of America, by and through its counsel of record, Assistant United States Attorney, Peter Axelrod and defendant, Keun Sung Lee, by and through his counsel of record, Alan Baum, hereby stipulate to an Order of the Court modifying the condition of his release whereby Defendant and his wife were required to pledge as surety their home located at 20087 Knollwood, Saratoga, California 95070. The parties stipulate that the Defendant and his wife/co-tenant shall no longer be required to pledge said property as surety on the bond herein. The Defendant's investment account, portfolio number C-1502 at SNC Asset Management, Inc. of Emeryville, California, shall remain pledged and assigned as collateral for Defendant's bond as heretofore ordered by the Court. All other release conditions previously ordered in this case remain in effect.

-1-

IT IS SO STIPULATED.

Date: March 30, 2006  /s/ Alan Baum
Alan Baum
Attorney for Defendant, Kuen Sung Lee

Date: March 30, 2006  /s/ Peter Axelrod .
Peter Axelrod
Assistant United States Attorney
Attorneys for Plaintiff
United States of America

### ORDER

The parties' Stipulation regarding modifying the terms of defendant's release is hereby so ordered.

**IT IS SO ORDERED.**

April __12__, 2006

IT IS SO ORDERED

Judge Edward M. Chen

Edward M. Chen
Magistrate Judge, United States District Court