1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CRIMINAL DEFENSE ASSOCIATES
ALAN BAUM, ESQ; SBN 42160
20700 VENTURA BLVD., SUITE 301
WOODLAND HILLS, CALIF  91364
Telephone: (818) 313-6870
Facsimile:  (818) 313-6871

Attorneys for Defendant
KUEN SUNG LEE

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No: CR-05-00395 CRB** |
| | |
| Plaintiff, | **STIPULATION ALLOWING DEFENDANT KUEN SUNG LEE TO TRAVEL OUT OF THE UNITED STATES;  ORDER** |
| vs. | |
| KUEN SUNG LEE | |
| Defendant. | |

The Parties: The United States of America, by and through its counsel of record,

Assistant United States Attorney, Peter Axelrod and defendant, Kuen Sung Lee, by and through

his counsel of record, Alan Baum, hereby stipulate to an Order of the Court allowing Defendant

Kuen Sung Lee to travel to Korea and Hong Kong from April 17, 2007 through and including

May 3, 2007, for business purposes.  Defendant has been informed by his Probation Officer,

Esmerelda Gupton, that he is in full compliance with all terms and conditions of probation and

that she has no objection to the Court allowed the travel requested.

///

///

///

-1-

1    IT IS SO STIPULATED.

2

3

4    Date: April 11, 2007                     /s/ Alan Baum
                                              Alan Baum
5                                             Attorney for Defendant, Kuen Sung Lee

6

7    Date: April 11, 2007                     /s/ Peter Axelrod
                                              Peter Axelrod
8                                             Assistant United States Attorney
                                              Attorneys for Plaintiff
9                                             United States of America

10

11

12

13                              **O R D E R**

14        The parties' Stipulation regarding defendant's travel out of the United States from April 17,

15   2007 through May 3, 2007 is hereby ordered.

16

17        **IT IS SO ORDERED.**

18

19   April __12__, 2007          _____
                                 Charles R. Breyer
20                               Judge of the U.S. District Court

21

22

23

24

25

26

27

28